1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9   United States of America,                )    No. 05-6302M
                                             )
10                Plaintiff,                  )    **MATERIAL WITNESS ORDER**
                                             )
11   vs.                                      )
                                             )
12   Ruben Avila-Palma,                       )
                                             )
13                Defendant.                  )
                                             )
14   _____)

15          Defendant, Ruben Avila-Palma having been charged in the District of Arizona with

16   a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and the Magistrate Judge

17   having determined from the affidavit of Luis Armendariz filed in this case, the following

18   persons can provide testimony that is material to the offense alleged in the complaint,

19   indictment, information:

20

21          Francisco Arango-Jimenez

22          Magdaleno Fuentes-Solis

23

24          The Magistrate Judge finds that it may become impracticable to secure the presence

25   of the witnesses by subpoena in further proceedings because they are not in the United States

26   legally and have no legal residence or employment in this Country.

27          **IT IS ORDERED** that the witnesses shall be detained pursuant to 18 U.S.C. § 3144

28   in a corrections facility separate, to the extent practicable, from persons awaiting or serving

sentences or being held in custody pending appeal.  The witnesses shall be afforded a reasonable opportunity for private consultation with counsel.

DATED this 12th day of December, 2005.

_____
David K. Duncan
United States Magistrate Judge